RICHARD McKENNA, an Infant, by HUGH McKENNA, His Guardian ad Litem, Respondent, v. THE UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and THE EXPORT STEAMSHIP CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EVA MORELL, Respondent, v. SAM SELDIN and SAMUEL H. SELDIN, Appellants.— Motion to dismiss appeal denied because of plaintiff's failure to comply with rule 12.*   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HARRY NEMETH, Respondent, v. ANNA SPEIDEL, Appellant.— Motion to dismiss appeal granted.   Appellant fails to show merit in the appeal, as required by rule 12.*   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GEORGE NORMAN, Respondent, v. QUEENS BUS LINES, INC., Appellant.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

IDA OLENER and Another, etc., Respondents, v. SAMUEL KRASNY and Others, Appellants.— Motion for stay granted until ten days after decision of appeal, which is on the May, 1927, calendar.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MICHAEL PALMAIRIE, Respondent, v. MANHATTAN EYE, EAR AND THROAT HOSPITAL, Appellant.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMIL WITTMAN and JOSEPH KLEINMAYER, Appellants.— Motion to enlarge time for argument of appeal and for continuance of certificate of reasonable doubt, granted, on condition that the appeal be perfected and brought on for argument on Monday, June 13, 1927.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ROSE REEP, Respondent, v. PAUL STERN and ROSE STERN, Appellants.   ELIZABETH LYE, Respondent.— Motion to resettle order of April 13, 1927, denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

No. 2 AND 4 ROMAN AVENUE, INCORPORATED, Appellant, v. ALVIN C. GODDARD, Respondent.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LEWIS A. ROSEN, Respondent, v. ALHERB REALTY CORPORATION, Appellant.— Motion for leave to file requests to find and exceptions denied, with ten dollars costs, without prejudice to defendant's right to apply to the trial justice for such relief as may be proper.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARTHA C. SEARS, Respondent, v. EMILIE J. HETFIELD and TITLE GUARANTEE AND TRUST COMPANY, as Executors, etc., of LOUIS PHILIPPE MENDHAM, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.